AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 USC §§ 1326 (a) and (b) --
Deported Alien Found in the
United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

**DEFENDANT - U.S.**

▶ ALEJANDRO GALAN-PALACIOS (a/k/a Alejandro Palacios, a/k/a Alejandro Galan)

DISTRICT COURT NUMBER

CR07-0723  MJJ

E-filing

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
Wade Rhyne, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IS IN CUSTODY
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☑ No  } If "Yes" give date filed

DATE OF ARREST  ▶  Month/Day/Year

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: **OAKLAND**

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**CR07-0723** MJJ

UNITED STATES OF AMERICA,

**V.**

ALEJANDRO GALAN-PALACIOS
(a/k/a Alejandro Palacios, a/k/a Alejandro Galan),

# E-filing

DEFENDANT.

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found in
the United States

A true bill.

_____ Foreman

Filed in open court this _15th_ day of
_November, 2007_

_____ Clerk

Nov 15, 2007

Bail, $ ___ No Bail Arrest Warrant

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2

3

4

5

6

7                           E-filing

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11

12  UNITED STATES OF AMERICA,        )    Criminal No. **CR07-0723** M J J
                                     )
13          Plaintiff,               )
                                     )
14                                   )    VIOLATION: 8 U.S.C. §§ 1326(a) and (b) --
         v.                          )    Deported Alien Found in the United States
15                                   )
                                     )
16                                   )
    ALEJANDRO GALAN-PALACIOS         )    OAKLAND VENUE
17  (a/k/a Alejandro Palacios, a/k/a Alejandro )
    Galan),                          )
18                                   )
                                     )
19          Defendant.               )
                                     )
20  _____ )

21                          I N D I C T M E N T

22  The Grand Jury charges:

23          1.      Prior to September 8, 2003, the defendant, ALEJANDRO GALAN-PALACIOS

24  (a/k/a Alejandro Palacios, a/k/a Alejandro Galan), was convicted of at least one felony crime

25  punishable by a term of imprisonment exceeding one year.

26          2.      On or about September 8, 2003, the defendant, ALEJANDRO GALAN-

27  PALACIOS  (a/k/a Alejandro Palacios, a/k/a Alejandro Galan), was removed, excluded, and

28  deported from the United States.

    INDICTMENT

1      3.     After October 10, 2007, the defendant, ALEJANDRO GALAN-PALACIOS

2 (a/k/a Alejandro Palacios, a/k/a Alejandro Galan), knowingly and voluntarily reentered and

3 remained in the United States.

4      4.   On or about November 1, 2007, in the Northern District of California, the defendant,

5                 ALEJANDRO GALAN-PALACIOS
              (a/k/a Alejandro Palacios, a/k/a Alejandro Galan),

6

7 an alien, was found in the United States without having obtained the express consent of the

8 Attorney General or the Secretary of the Department of Homeland Security to reapply for

9 admission into the United States, in violation of Title 8, United States Code, Sections 1326(a)

10 and (b).

11  //

12 DATED:     November 15, 2007      A TRUE BILL.

14                          FOREPERSON

16 SCOTT N. SCHOOLS
17 United States Attorney

18 W. DOUGLAS SPRAGUE
19 Chief, Oakland Branch

21 (Approved as to form:       )
                 AUSA RHYNE

INDICTMENT          2