UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CRIMINAL MINUTES*

**Judge:** **MARTIN J. JENKINS**

**Date**: December 07, 2007

**Case No:** CR 07-00723 MJJ

**Case Title**: UNITED STATES v. ALEJANDRO GALAN-PALACIOS (present, I/C)

**Appearances:**

    For the Government: Wade Rhyne

    For Defendant(s): Joyce Leavitt

| | |
|---|---|
| **Interpreter:** Ines Swaney | **Probation Officer:** |
| **Deputy Clerk:** Rowena B. Espinosa | **Court Reporter**: Diane Skillman |

### *PROCEEDINGS*

1. Status - held

### *SUMMARY*

-The matter is continued to **Thursday, 01/10/08 at 2:00 PM (SF) for Change of Plea or Status**.
Time is excluded until Jan. 10, 2008 for effective preparation of counsel.