BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant GALAN-PALACIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 07-0723 MJJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA DATE AND EXCLUSION OF |
| ) | TIME |
| ALEJANDRO GALAN-PALACIOS, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, set for Thursday, January 10, 2008, at 2:00 p.m. before Honorable Judge Martin Jenkins may be continued to Friday, February 1, at 2:30 p.m., in Oakland, California, for change of plea. A continuance to February 1, 2008, at 2:30 p.m. will allow defense counsel to complete all investigation and review it with her client in preparation for the change of plea. In addition, defense counsel is unavailable on January 10, 2008. The parties stipulate that the time from January 10, 2008, to February 1, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for

STIP. CONTINUING
CHANGE OF PLEA DATE          - 1 -

adequate preparation of counsel.

DATED: 1/08/08

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 1/08/08

/S/
_____
BRYAN WHITTAKER
Special Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Thursday, January 10, 2008, at 2:00 p.m. shall be continued to Friday, February 1, 2008 at 2:30 p.m. in Oakland, California, for change of plea.

IT IS FURTHER ORDERED that the time from January 10, 2008 to February 1, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: _____
HONORABLE MARTIN J. JENKINS
United States District Judge