**United States District Court**
**For the Northern District of California**

1     IN THE UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF CALIFORNIA

3   **UNITED STATES OF AMERICA,**

4

            Plaintiff(s),             No.   **CR07-00723 MJJ**

5

6   v.                                **Clerk's Notice**

7   **ALEJANDRO GALAN-PALACIOS,**

8            Defendant(s),

9

10    (Plaintiff is required to serve, and file proof of service with the Court, any party

11            involved not listed on the attached proof of service.)

12   Unfortunately, YOU ARE NOTIFIED THAT the **Change of Plea** hearing scheduled

13   for **February 1, 2008**, before The Honorable Martin J. Jenkins, is vacated.  A new

14   hearing date will be issued upon reassignment of a new judge.

15   Sorry for any inconveniences,

16

17

18

19   Dated: January 31, 2008               FOR THE COURT,

20

                                  Richard W. Wieking, Clerk

21                            By:

22                                 Monica Narcisse

23                                 Courtroom Deputy

24

25   Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional

26   information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does
      not change the date on which an opposition brief or reply brief is due; any opposition brief remains

27   due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due
      not less than 14 days prior to the *originally noticed* hearing date.

28