UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk:  **Monica Narcisse**

Date: **February 1, 2008**  [**2:48 - 2:58 pm**]          Court Reporter: **Raynee Mercado**

Case No:   **CR07-00723-1 MJJ**

DEFENDANT:  **ALEJANDRO GALAN-PALACIOS**   (**x**) Present   () Not Present   (**x**) In Custody

AUSA:   **Wade Rhyne**          DEF ATTY:   **Joyce Leavitt**

Interpreter:   **Ines Swaney**      Probation Officer:

TYPE FOR HEARING:     **Change of Plea**

Motion(s), if any, to be filed on or before:
Opposition due:
Reply(s)

ORDER AFTER HEARING(S):
•    **Court requests appearance of Interpreter who interpreted Application to Entry Guilty Plea and Plea Agreement at next hearing.**
•    **Defendant referred to U.S. Probation.**
•    **U.S. Probation shall prepare and submit PSR at least  one week prior to next hearing.**

CASE CONTINUED TO:  **March 14, 2008 at 2:30 p.m.**      for    **Change of Plea & Sentencing**
                                   **(Oakland Ctrm #2)**

BASIS TO EXCLUDE TIME GRANTED FOR:  **Effective preparation and Consideration of Plea Agreement**  Thru   **3/14/2008**

JUDGMENT:

Notes: