1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail:    wade.rhyne@usdoj.gov
8
9  Attorneys for Plaintiff

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR-07-0723 SBA
                                       )
14        Plaintiff,                   )    STIPULATED REQUEST TO SET
                                       )    STATUS HEARING REGARDING
15        v.                           )    CHANGE OF PLEA ON MARCH 4, 2008
                                       )    AND TO EXCLUDE TIME UNDER THE
16  ALEJANDRO GALAN-PALACIOS           )    SPEEDY TRIAL ACT
    (a/k/a Alejandro Palacios, a/k/a Alejandro )
17  Galan),                            )    Date:     March 4, 2008
                                       )    Time:     9:00 a.m.
18        Defendant.                   )    Court:    Hon. Saundra B. Armstrong
                                       )
19  _____)

20        The above-captioned matter was re-set for March 14, 2008 before the Honorable Martin

21  J. Jenkins for a Change of Plea pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal

22  Procedure. On February 19, 2008, the Court issued an order reassigning the matter to the

23  Honorable Saundra Brown Armstrong. The parties request that this Court set a Status Hearing

24  Regarding Change of Plea in this matter on March 4, 2008 at 9:00 a.m. and that the Court

25  continue to exclude time under the Speedy Trial Act between the date of this stipulation and

26  March 4, 2008.

27        On February 1, 2008, the Honorable Martin J. Jenkins excluded time, pursuant to the

28  Speedy Trial Act, between February 11, 2008 and March 14, 2008 to allow for the effective

STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008 AND TO
EXCLUDE TIME
No. CR-07-0723 SBA

1  preparation of counsel and consideration of the plea agreement, as defense counsel is continuing

2  to review discovery from the government.

3       The parties hereby stipulate and request that the Court continue to exclude time between

4  the date of this stipulation and March 4, 2008 under the Speedy Trial Act for the reasons stated

5  above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree the ends of justice

6  served by granting the request outweigh the best interests of the public and the defendant in a

7  speedy trial. Undersigned defense counsel represents that he has spoken with his client, Mr.

8  Galan-Palacios, and that Mr. Galan-Palacios agrees to this request.

9

10  DATED: February 27, 2008

11

12

13  WADE M. RHYNE                   JOYCE LEAVITT

    Assistant United States Attorney        Counsel for Alejandro Galan-Palacios

14  Counsel for United States

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008 AND TO
EXCLUDE TIME
No. CR-07-0723 SBA

1  preparation of counsel and consideration of the plea agreement, as defense counsel is continuing

2  to review discovery from the government.

3      The parties hereby stipulate and request that the Court continue to exclude time between

4  the date of this stipulation and March 4, 2008 under the Speedy Trial Act for the reasons stated

5  above and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree the ends of justice

6  served by granting the request outweigh the best interests of the public and the defendant in a

7  speedy trial. Undersigned defense counsel represents that he has spoken with his client, Mr.

8  Galan-Palacios, and that Mr. Galan-Palacios agrees to this request.

9

10  DATED: February **27**, 2008

11

12

13  WADE M. RHYNE                              JOYCE LEAVITT
    Assistant United States Attorney           Counsel for Alejandro Galan-Palacios
14  Counsel for United States

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008 AND TO
EXCLUDE TIME
No. CR-07-0723 SBA