UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO GALAN-PALACIOS<br>(a/k/a Alejandro Palacios, a/k/a Alejandro Galan),<br><br>　　　　Defendant. | No. CR-07-0723 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET STATUS HEARING REGARDING CHANGE OF PLEA HEARING DATE ON MARCH 4, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　March 4, 2008<br>Time:　　9:00 a.m.<br>Court:　　Hon. Saundra B. Armstrong |

　　　The parties jointly requested that a Change of Plea hearing in this matter be set on March 4, 2008, and that time continue to be excluded under the Speedy Trial Act between February 27, 2008 and March 4, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

　　　**IT IS HEREBY ORDERED** that the hearing in this matter is set for March 4, 2008 at 9:00 a.m., and that time between February 27, 2008 and March 4, 2008 is excluded

///

1  under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account
2  the exercise of due diligence.
3
4  DATED:_____                    _____
                                            HON. SAUNDRA BROWN ARMSTRONG
5                                           United States District Judge

STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008 AND TO EXCLUDE TIME
No. CR-07-0723 SBA