1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     Facsimile:  (510) 637-3724
      E-Mail:     wade.rhyne@usdoj.gov
8
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )   No. CR-07-0723 SBA
                                      )
14 |     Plaintiff,                   )   AMENDED STIPULATED REQUEST TO
                                      )   SET STATUS HEARING REGARDING
15 | v.                               )   CHANGE OF PLEA ON MARCH 4, 2008
                                      )
16 | ALEJANDRO GALAN-PALACIOS         )   Date:   March 4, 2008
     (a/k/a Alejandro Palacios, a/k/a Alejandro ) Time: 9:00 a.m.
17 | Galan),                          )   Court:  Hon. Saundra B. Armstrong
                                      )
18 |     Defendant.                   )
                                      )
19 |_____)

20

21       On February 1, 2008, Honorable Martin J. Jenkins re-set the above-captioned matter for

22 March 14, 2008 for a Change of Plea pursuant to Rule 11(c)(1)(C) of the Federal Rules of

23 Criminal Procedure. Judge Jenkins excluded time, pursuant to the Speedy Trial Act, between

24 February 1, 2008 and March 14, 2008 to allow for the effective preparation of counsel and

25 consideration of the plea agreement, as defense counsel is continuing to review discovery from

26 the government.

27

28

AMENDED STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008
No. CR-07-0723 SBA

1  On February 19, 2008, the Court issued an order reassigning the matter to the Honorable
2  Saundra Brown Armstrong. The parties now request that this Court set a Status Hearing
3  Regarding Change of Plea in this matter on March 4, 2008 at 9:00 a.m.

4
5  DATED: ~~February~~ March 3, 2008

6
7
8  _____          _____
   WADE M. RHYNE                             JOYCE LEAVITT
   Assistant United States Attorney          Counsel for Alejandro Galan-Palacios
9  Counsel for United States

AMENDED STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008
No. CR-07-0723 SBA

On February 19, 2008, the Court issued an order reassigning the matter to the Honorable Saundra Brown Armstrong. The parties now request that this Court set a Status Hearing Regarding Change of Plea in this matter on March 4, 2008 at 9:00 a.m.

DATED: March 3, 2008

/s/ WMR

WADE M. RHYNE
Assistant United States Attorney
Counsel for United States

JOYCE LEAVITT
Counsel for Alejandro Galan-Palacios