UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO GALAN-PALACIOS<br>(a/k/a Alejandro Palacios, a/k/a Alejandro Galan),<br><br>　　Defendant. | No. CR-07-0723 SBA<br><br>[PROPOSED] ORDER GRANTING AMENDED STIPULATED REQUEST TO SET STATUS HEARING REGARDING CHANGE OF PLEA HEARING DATE ON MARCH 4, 2008<br><br>Date:　　March 4, 2008<br>Time:　　9:00 a.m.<br>Court:　　Hon. Saundra B. Armstrong |

The parties jointly requested that a Change of Plea hearing in this matter be set on March 4, 2008 at 9:00 a.m. **IT IS HEREBY ORDERED** that the hearing in this matter is set for March 4, 2008 at 9:00 a.m.

DATED:_____

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

AMENDED STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008
No. CR-07-0723 SBA