1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:   (510) 637-3724
       E-Mail:      wade.rhyne@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 | UNITED STATES OF AMERICA, | ) | No. CR-07-0723 SBA |
|---|---|---|---|
14 | Plaintiff, | ) | AMENDED STIPULATED REQUEST TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008 |
15 | v. | ) | |
16 | ALEJANDRO GALAN-PALACIOS (a/k/a Alejandro Palacios, a/k/a Alejandro Galan), | ) | Date:   March 4, 2008<br>Time:   9:00 a.m.<br>Court:  Hon. Saundra B. Armstrong |
18 | Defendant. | ) | |

21     On February 1, 2008, Honorable Martin J. Jenkins re-set the above-captioned matter for
22 March 14, 2008 for a Change of Plea pursuant to Rule 11(c)(1)(C) of the Federal Rules of
23 Criminal Procedure.  Judge Jenkins excluded time, pursuant to the Speedy Trial Act, between
24 February 1, 2008 and March 14, 2008 to allow for the effective preparation of counsel and
25 consideration of the plea agreement, as defense counsel is continuing to review discovery from
26 the government.

AMENDED STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008
No. CR-07-0723 SBA

1   On February 19, 2008, the Court issued an order reassigning the matter to the Honorable
2   Saundra Brown Armstrong. The parties now request that this Court set a Status Hearing
3   Regarding Change of Plea in this matter on March 4, 2008 at 9:00 a.m.

5   DATED: March 3, 2008

8   WADE M. RHYNE                                        JOYCE LEAVITT
    Assistant United States Attorney                     Counsel for Alejandro Galan-Palacios
9   Counsel for United States

AMENDED STIP. REQ. TO SET STATUS HEARING REGARDING CHANGE OF PLEA ON MARCH 4, 2008
No. CR-07-0723 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO GALAN-PALACIOS<br>(a/k/a Alejandro Palacios, a/k/a Alejandro Galan),<br><br>    Defendant. | No. CR-07-0723 SBA<br><br>ORDER GRANTING AMENDED STIPULATED REQUEST TO SET STATUS HEARING REGARDING CHANGE OF PLEA HEARING DATE ON MARCH 4, 2008<br><br>Date:    March 4, 2008<br>Time:    9:00 a.m.<br>Court:   Hon. Saundra B. Armstrong |

The parties jointly requested that a Change of Plea hearing in this matter be set on March 4, 2008 at 9:00 a.m.  **IT IS HEREBY ORDERED** that the hearing in this matter is set for March 4, 2008 at 9:00 a.m.

DATED:_3/4/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge