
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 3/4/08

**CR 07-00723 SBA**          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**ALEJANDRO GALAN PALACIOS**    Present (X) Not Present ( ) In Custody (X)
  **DEFENDANT(S)**

**WAYNE RHYNE**              **JOYCE LEAVITT**
U.S. ATTORNEY                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark    **DIANE SKILLMAN**
                               Court Reporter

**MONIQUE INCIARTE**            **CHARLIE MABIE**
 Interpreter                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**    STATUS - HELD

**RESULT OF HEARING:** COURT FINDS EXCLUDABLE TIME BASED ON THE COURT CONSIDERATION OF THE PLEA AGREEMENT UNTIL 3/18/08

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to 3/18/08 for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to 3/18/08 for Change of Plea @ 10:00 a.m.
cc: