1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:   wade.rhyne@usdoj.gov
8

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 UNITED STATES OF AMERICA,          )    No. CR-07-0723 SBA
                                      )
14       Plaintiff,                   )
                                      )
15    v.                              )    STIPULATION REGARDING
                                      )    DEFENDANT'S RELEASE TO ICE
16 ALEJANDRO GALAN-PALACIOS           )    CUSTODY
   (a/k/a Alejandro Palacios, a/k/a Alejandro )
17 Galan),                            )
                                      )
18       Defendant.                   )
                                      )
19 _____)

20      The parties hereby stipulate and agree that as a result of the sentence imposed by the

21 Court in the above-entitled matter, the defendant should be released from the custody of the

22 United States Marshall Service to the custody of the United States Bureau of Immigration and

23 Customs Enforcement ("ICE").

24

25 DATED: March 18, 2008

26

27  /s/ WMRhy

28 WADE M. RHYNE                              JOYCE LEAVITT
   Assistant United States Attorney           Counsel for Alejandro Galan-Palacios
   Counsel for United States

   No. CR-07-0723 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO GALAN-PALACIOS<br>(a/k/a Alejandro Palacios, a/k/a Alejandro Galan),<br><br>    Defendant. | No. CR-07-0723 SBA<br><br>[PROPOSED] ORDER RELEASING DEFENDANT TO ICE CUSTODY |

For good cause shown, **IT IS HEREBY ORDERED** that as a result of the sentence imposed by the Court in the above-entitled matter, the defendant shall be released from the custody of the United States Marshall Service to the custody of the United States Bureau of Immigration and Customs Enforcement ("ICE").

DATED:_____

                                              HON. SAUNDRA BROWN ARMSTRONG
                                              United States District Judge