UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEJANDRO GALAN-PALACIOS<br>(a/k/a Alejandro Palacios, a/k/a Alejandro Galan),<br><br>    Defendant. | No. CR-07-0723 SBA<br><br>ORDER RELEASING DEFENDANT TO ICE CUSTODY |

For good cause shown, **IT IS HEREBY ORDERED** that as a result of the sentence imposed by the Court in the above-entitled matter, the defendant shall be released from the custody of the United States Marshall Service to the custody of the United States Bureau of Immigration and Customs Enforcement ("ICE").

DATED: 3/19/08

                                              HON. SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

No. CR-07-0723 SBA