**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:3/18/08**

**CR 07-00723SBA**                          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**GALAN-PALACIOS**                       **Present (x) Not Present ( ) In Custody (x)**
   **DEFENDANT(S)**

  **WAYNE RHINE**                                  **JOYCE LEAVITT**
**U.S. ATTORNEY**                         **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**             **DIANE SKILLMAN**
                                                          **Court Reporter**

 **MONIQUE INCIARTE**                         **INSA BEL'OCHO**
 **Interpreter**                                  **Probation Officer**
                                        **PROCEEDINGS**

**REASON FOR HEARING:   CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**

**RESULT OF HEARING:   DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT**

**JUDGMENT:  2 MONTHS BOP; 3YRS SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT**
**SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

**Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due _____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**